# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARWIN STAGNER,**
              **Plaintiff,**

**-vs-**                                            Case No. 6:08-cv-631-Orl-22KRS

**BROADBAND TECHNOLOGIES, INC.,**
              **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 24) filed on January 9, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 20, 2009 (Doc. No. 27) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 24) is GRANTED.

3. The collective action allegations in the Complaint are hereby dismissed.

4. The amount received by Plaintiff Stagner is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

5. This case as to Plaintiff Stagner is hereby dismissed with prejudice. The Court declines to reserve jurisdiction to enforce the settlement agreement.

6. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 4, 2009.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge